PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:96CR00282-04** |
| ) | |
| **JOHN TERRENCE TRACY** ) | |

On October 30, 1997, the above-named was sentenced to 120 months custody with 5 years supervised release to follow, which commenced on September 13, 2004. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,
/s/ Deborah A. Spencer

**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:     June 12, 2008
           Elk Grove, California
           DAS

### ORDER OF COURT

It is ordered that John Terrence Tracy be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 6/12/2008 | /s/ John A. Mendez |
| **Date** | **Honorable John A. Mendez**<br>**United States District Judge** |

das
Attachment:   Recommendation
cc:   United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG